JILL GARCIA
Nevada Bar No. 007805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Ross Dress for Less, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUE LIPSCOMB,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC., a foreign corporation,<br><br>                    Defendant. | Case No.: 2:14-cv-00212-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Sue Lipscomb and Defendant

Ross Dress for Less, Inc., by and through their respective counsel, that the above-entitled action

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1   shall be, and hereby is, dismissed with prejudice in its entirety.

2         Each party shall bear its own fees and costs.

3         **IT IS SO STIPULATED:**

4   Dated this 10th day of June, 2014.        Dated this 10th day of June, 2014.

5   COHEN & PADDA, LLP        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

6

7   */s/ Ruth Cohen*        */s/ Jill Garcia*

8   Ruth L. Cohen        Jill Garcia
    4240 W. Flamingo Road        Wells Fargo Tower

9   Suite 220        Suite 1500
    Las Vegas, NV 89103        3800 Howard Hughes Parkway

10  Telephone:  702.366.1888        Las Vegas, NV  89169

11  *Attorneys for Plaintiff*        Telephone:  702.369.6800
                                    *Attorneys for Defendant Ross Dress for Less, Inc.*

12

13                                  **ORDER**

14         IT IS SO ORDERED:

15

16                                  _____
                                    UNITED STATES DISTRICT JUDGE

17                                   June 11, 2014
                                    _____

18                                  DATED

19

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800